**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

**RUBEN J. ESCANO,**

    **Plaintiff,**

**v.**                                                                                                       **No. 22-cv-0058 GJF/SMV**

**HOLIDAYS NETWORK GROUP, LLC,**
**and JORGE BRAVO,**

    **Defendants.**

### MEMORANDUM OPINION AND ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE ELECTRONICALLY

THIS MATTER is before the Court on Plaintiff's Motion for Leave to File Electronically [Doc. 10], filed February 18, 2022. Plaintiff appears pro se in this action and requests leave to file his papers electronically, utilizing the CM/ECF system. Plaintiff represents that Defendant Holiday Network Group does not oppose the Motion. (Defendant Bravo has not yet appeared.)

The Court grants Plaintiff permission to file electronically in this case only. *See* Guide for Pro Se Litigants at 13, District of New Mexico (November 2019) ("approval to electronically file documents within a case must be granted by the presiding judge for each case in which the *pro se* litigant wishes to file using their CM/ECF account"). The Court will revoke permission to file electronically if Plaintiff abuses his electronic filing privilege or fails to comply with the rules and procedures in the District of New Mexico's Guide for Pro Se Litigants and the District of New Mexico's CM/ECF Administrative Procedures Manual. Account registration forms, procedure manuals, and other information can be obtained at the Court's website at http://www.nmd.uscourts.gov/filing-information. This Order only grants Plaintiff permission to

utilize CM/ECF for this case.  Separately, Plaintiff is responsible for registering to become a participant, *see* CM/ECF Administrative Procedures Manual, District of New Mexico (Revised December 2019), which apparently he has already accomplished, *see* [Doc. 10].

**IT IS THEREFORE ORDERED** that Plaintiff's Motion for File Electronically [Doc. 10] be **GRANTED.**

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**